# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLOUS ASHA XYAH GREENE,<br><br>    Plaintiff,<br><br>    v.<br><br>M. ROBINSON, et al.,<br><br>    Defendant. | 1:08-cv-01887-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS (Doc. 4.)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED |

    Plaintiff Marvellous Asha Xyah Greene ("plaintiff") is a state prisoner proceeding pro se in this civil action. Plaintiff filed this action on December 9, 2008. (Doc. 1.) On January 5, 2009, plaintiff consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). No other party has appeared in this action.

    Under 28 U.S.C. § 1915(g), "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Before plaintiff filed this action, he had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted.[1] Thus, plaintiff is subject to section 1915(g) and is precluded from

---

[1] Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are case numbers 2:00-cv-00196-LKK-DAD-PC <u>Greene v. Reyes</u> (dismissed 06/07/00 for failure to state a claim); 2:02-cv-02398-FCD-KJM-PC <u>Greene v. State of California</u> (dismissed on 07/14/03 as frivolous); and 2:04-cv-02383-FCD-DAD-PC <u>Greene v.</u>

1 proceeding in forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent
2 danger of serious physical injury.
3       The Court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that
4 support a finding he was, at the time the complaint was filed, under imminent danger of serious
5 physical injury. Accordingly, plaintiff may not proceed in forma pauperis, and must submit the
6 appropriate filing fee in order to proceed with this action.
7       Based on the foregoing, it is HEREBY ORDERED that:
8     1. Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis
9       in this action;
10     2. Plaintiff's application to proceed in forma pauperis, filed on January 9, 2009, is
11       DENIED; and
12     2. Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** or this action
13       will be dismissed, without prejudice.
14
15 IT IS SO ORDERED.
16 Dated: **February 20, 2009**       /s/ **Gary S. Austin**
17                                             UNITED STATES MAGISTRATE JUDGE

---

California Department of Corrections, et al. (dismissed on 01/24/06 for failure to state a claim).